19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| ALLURE HOME CREATION CO. INC.<br>ATTN: DONALD M. FORSLUND<br>COLLECTIONS MANAGER<br>85 FULTON STREET<br>BOONTON, NJ 07005 | 900 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $13,947.12<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $13,947.12 | Claim seeks payment for pre-petition goods | Pp. 1 – 5 |
| BOROUGH OF STROUDSBURG-PA<br>ATTN: ROBERT G. FRANCIS, JR.<br>BOROUGH MANAGER<br>700 SARAH STREET<br>STROUDSBURG, PA 18360 | 1028 | Ames Merchandising Corporation | (A) $0.00<br>(P) $390.30<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $390.30 | Sewer and utilities usage claim | Pp. 1 – 5 |
| BRUHN* PATRICIA E.<br>104 MOUNTAIN RD<br>WINDSOR, CT 06095 | 586 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $100,000.00<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $100,000.00 | Claim seeks payment for pre-petition wrongful discharge claim | Pp. 1 – 5 |

\* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim; (P) = priority claim; (U) = unsecured claim. The amounts listed are taken directly from the proof of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

1

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| CHESAPEAKE CROSSING ASSOCIATES<br>C/O HOFHEIMER NUSBAUM, P.C.<br>ATTN: DAVID A. GREER, ESQ.<br>P.O. BOX 3460<br>NORFOLK, VA 23510 | 4383 | Ames Realty II, Inc. | (A) $0.00<br>(P) $500,502.89<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $500,502.89 | Claim seeks payment for pre-petition lease expenses | Pp. 1 – 5 |
| CHESAPEAKE CROSSING ASSOCIATES<br>C/O HOFHEIMER NUSBAUM, P.C.<br>ATTN: DAVID A. GREER, ESQ.<br>P.O. BOX 3460<br>NORFOLK, VA 23510 | 4384 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $500,502.89<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $500,502.89 | Claim seeks payment for pre-petition lease expenses | Pp. 1 – 5 |
| CITY OF CHILLICOTHE UTILITIES DEPARTMENT<br>35 S PAINT ST<br>CHILLICOTHE, OH 45601 | 2282 | Ames Merchandising Corporation | (A) $0.00<br>(P) $431.10<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $431.10 | Water/sewer usage claim | Pp. 1 – 5 |

\* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

2

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| CITY OF MAUMEE<br>DIVISION OF UTILITY BILLING<br>400 CONANT STREET<br>MAUMEE, OH 43537-3374 | 953 | Ames Merchandising Corporation | (A) $0.00<br>(P) $22.94<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $22.94 | Water/sewer usage claim | Pp. 1 – 5 |
| CITY OF NEW CASTLE UTILITY BILL<br>ATTN: DAVID L. COPENHAVER<br>CITY ATTORNEY<br>227 N MAIN ST<br>NEW CASTLE, IN 47362 | 5027 | Ames Merchandising Corporation | (A) $0.00<br>(P) $635.74<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $635.74 | Utilities usage claim | Pp. 1 – 5 |
| CITY OF PINELLAS PARK<br>ATTN: GARY A. MOSKALUK<br>DEBT COLLECTIONS<br>P O BOX 1100<br>PINELLAS PARK, FL 33780-1998 | 1021 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $237.84<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $237.84 | Water/sewer usage claim | Pp. 1 – 5 |

\* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| FL- ESCAMBIA COUNTY UTILITES AUTHORITY<br>ATTN: B. CAROL MERRITT, CUSTOMER SERVICE REPRESENTATIVE<br>9255 STURDEVANT ST<br>PENSACOLA, FL 32514 | 1002 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $1,777.11<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $1,777.11 | Water/sewer usage claim | Pp. 1 – 5 |
| HSBC BUSINESS CREDIT (USA) INC.<br>C/O PHILLIPS, LYTLE ET AL.<br>ATTN: MICHAEL J. VITALE, VICE PRESIDENT<br>437 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | 5564 | Ames Transportation Systems, Inc. | (A) $0.00<br>(P) $1,718,461.05<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $1,718,461.05 | Claim seeks payment for pre-petition lease expenses | Pp. 1 – 5 |
| HSBC BUSINESS CREDIT (USA) INC.<br>C/O PHILLIPS, LYTLE ET AL.<br>ATTN: MICHAEL J. VITALE, VICE PRESIDENT<br>437 MADISON AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | 5566 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $1,718,461.05<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $1,718,461.05 | Claim seeks payment for pre-petition lease expenses | Pp. 1 – 5 |

\* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

4

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| IL- DEPT. OF REVENUE TAXES<br>ATTN: JAMES E. RYAN<br>ATTORNEY GENERAL<br>REVENUE LITIGATION<br>500 S. SECOND ST.<br>SPRINGFIELD, IL 62706 | 440 | Ames Merchandising Corporation | (A) $0.00<br>(P) $8,822.00<br>(U) $0.00 | (A) $0.00<br>(P) $7,967.00<br>(U) $855.00 | Includes penalties and interest not entitled to priority | Pp. 1 – 5 |
| IN- LAKE COUNTY TREASURERS OFFICE **<br>ATTN: PEGGY HOLINGA KATONA, TREASURER<br>2293 NORTH MAIN STREET<br>CROWN POINT, IN 46307 | 269 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $327,012.09<br>(U) $0.00 | (A) $0.00<br>(P) $74,067.03<br>(U) $252,945.06 | Claim is for a non-compensatory penalty | Pp. 1 – 5 |
| MD- MONTGOMERY COUNTY<br>ATTN: NADEAN PEDERSEN<br>ASSISTANT COUNTY ATTORNEY<br>101 MONROE STREET<br>ROCKVILLE, MD 20850 | 3715 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $17,147.51<br>(U) $0.00 | (A) $0.00<br>(P) $15,588.64<br>(U) $1,558.87 | Includes penalties and interest not entitled to priority | Pp. 1 – 5 |

\* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proof of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| NJ- THE TOWNSHIP OF PENNSVILLE<br>ATTN: MARY G. CRUSH WATER FEES COLLECTOR<br>WATER DEPT TOWN HALL<br>PENNSVILLE, NJ 08070 | 907 | Ames Merchandising Corporation | (A) $0.00<br>(P) $183.63<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $183.63 | Water usage claim | Pp. 1 – 5 |
| NY- DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>ATTN: DIANE HANLEY<br>P O BOX 5300<br>ALBANY, NY 12205-0300 | 3510 | Ames Transportation Systems, Inc. | (A) $0.00<br>(P) $45,043.31<br>(U) $0.00 | (A) $0.00<br>(P) $36,172.55<br>(U) $8,870.76 | Includes penalties and interest not entitled to priority | Pp. 1 – 5 |
| OH - CITY OF CHILLICOTHE<br>ATTN: EDWARD R. BUNSTINE, LAW DIRECTOR<br>35 S PAINT ST<br>CHILLICOTHE, OH 45601 | 2281 | Ames Merchandising Corporation | (A) $0.00<br>(P) $0.00<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $0.00 | Water/sewer usage claim | Pp. 1 – 5 |

* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| PA- CITY OF PHILADELPHIA<br>C/O HANGLEY, ARONCHICK, SEGAL & PUDLIN<br>ATTN: ASHELY M. CHAN, ESQ.<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 | 5547 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $103,593.08<br>(U) $0.00 | (A) $0.00<br>(P) $70,712.00<br>(U) $32,881.08 | Includes penalties and interest not entitled to priority | Pp. 1 – 5 |
| PA- DEPARTMENT OF REVENUE<br>COMMONWEALTH OF PENNSYLVANIA<br>BANKRUPTCY DIVISION<br>ATTN: SANDRA K. KIRK, CHIEF<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | 6095 | Ames Merchandising Corporation | (A) $0.00<br>(P) $576,352.92<br>(U) $81,008.21 | (A) $0.00<br>(P) $340,495.15<br>(U) $316,865.98 | Portion of claim includes sales tax incurred prior to three years before petition date | Pp. 1 – 5 |
| REGIONAL INCOME TAX AGENCY<br>ATTN: LEGAL DEPT.<br>P.O. BOX 470537<br>BROADVIEW HTS, OH 44147 | 4924 | Ames Merchandising Corporation | (A) $0.00<br>(P) $0.00<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $0.00 | Not a governmental unit | Pp. 1 – 5 |

* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

7

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| R P GOLDEN & SONS INC<br>ATTN: ROBERT GOLDEN, PRESIDENT<br>150 MILTON ST<br>DEDHAM, MA 02026 | 4299 | Ames Merchandising Corporation | (A) $0.00<br>(P) $699.60<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $699.60 | Claim seeks payment for pre-petition services | Pp. 1 – 5 |
| STANLEY J. BRASSINGTON, R.N. M.P.H.<br>C/O VINCENT J. PUGLIA<br>615 CENTER STREET<br>ASHLAND, PA 17921 | 4045 | Ames Transportation Systems, Inc. | (A) $0.00<br>(P) $61,000.00<br>(U) $201,000.00 | (A) $0.00<br>(P) $0.00<br>(U) $262,000.00 | Claim seeks payment for pre-petition wrongful discharge claim | Pp. 1 – 5 |
| TOWN OF ORONO<br>SEWER DEPT.<br>ATTN: WANDA J. THOMAS, TREASURER<br>PO BOX 130<br>ORONO, ME 04473 | 3302 | Ames Merchandising Corporation | (A) $0.00<br>(P) $532.66<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $532.66 | Sewer usage claim | Pp. 1 – 5 |

* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

8

19th Omnibus Objection – Claims Not Entitled to Priority Status

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount * | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| TRANSMANAGEMENT GROUP<br>C/O HORVATH & LIEBER, P.C.<br>ATTN: JOHN F. HORVATH/DUANE C. WEAVER<br>300 W. WASHINGTON STREET/1700<br>CHICAGO, IL 60606 | 5522 | Ames Department Stores, Inc. | (A) $0.00<br>(P) $66,826.38<br>(U) $5,946,779.51 | (A) $0.00<br>(P) $0.00<br>(U) $6,013,605.89 | Claim seeks payment for pre-petition lease expenses | Pp. 1 – 5 |
| VA- TOWN OF CHRISTIANBURG<br>ATTN: MARIE HOWARD<br>TREASURER TOWN OF CHRISTIANSBURG<br>100 EAST MAIN STREET<br>CHRISTIANSBURG, VA 24073 | 1252 | Ames Merchandising Corporation | (A) $0.00<br>(P) $2,130.27<br>(U) $535.14 | (A) $0.00<br>(P) $0.00<br>(U) $2,665.41 | Water usage claim | Pp. 1 – 5 |
| VILLAGE OF PAINTED POST<br>CORNER STEUBEN ST & W HIGH ST<br>ATTN: BARBARA A. CLARK<br>CLERK-TREASURER<br>PO BOX 110<br>PAINTED POST, NY 14870 | 892 | Ames Merchandising Corporation | (A) $0.00<br>(P) $447.49<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $447.49 | Water/sewer usage claim | Pp. 1 – 5 |

* In the "Claim Amount" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.

9

19th Omnibus Objection – Incorrectly Classified Claims

Ames Department Stores, Inc., et al.
Case No. 01-42217 (REG), Jointly Administered

# Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim Number | Debtor to Claim | Claim Amount | Modified Priority Status | Grounds for Objection | Obj. Page Reference |
|---|---|---|---|---|---|---|
| VT- TREASURER TOWN OF BRATTLEBORO<br>ATTN: ROBERT M. FISHER, TOWN ATTORNEY<br>230 MAIN ST<br>RM 111<br>BRATTLEBORO, VT 05301-0000 | 1914 | Ames Merchandising Corporation | (A) $0.00<br>(P) $416.51<br>(U) $0.00 | (A) $0.00<br>(P) $0.00<br>(U) $416.51 | Water/sewer usage claim | Pp. 1 – 5 |

\* In the "Claim Amount and Priority" and "Modified Priority Status" columns, (A) = administrative expense claim, (P) = priority claim, (S) = secured claim, and (U) = unsecured claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00," or omitted.