UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMES DEPARTMENT STORES, INC., et al., | : | Case No. 01-42217-REG |
| | : | |
| | : | |
| Debtors. | : | Jointly Administered |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that all notices given or required to be given in this case by the Court and/or any party be given to the Commonwealth by serving the undersigned counsel.

KATHLEEN G. KANE
ATTORNEY GENERAL

DATED: 6/1/2015          BY:  /s/ *Denise A. Kuhn*
                              Denise A. Kuhn
                              Senior Deputy Attorney General
                              PA Attorney I.D. No. 46806
                              Office of Attorney General
                              21 S. 12th Street, 3rd Floor
                              Philadelphia, PA 19107-3603
                              Tel: (215) 560-2131
                              Fax: (215) 560-2202
                              E-mail: dkuhn@attorneygeneral.gov