Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100

*Attorneys for Post-Confirmation Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AMES DEPARTMENT STORES, INC., *et al.*, | Case No. 01-42217 (REG) |
| Post-Confirmation Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF DEBTORS'
SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE the hearing (the "Hearing") on the sixty-eighth omnibus objection to claims, filed May 21, 2015 [Docket No. 4468] (the "Objection") which was scheduled for October 22, 2015 at 9:45 a.m. (EST) **has been adjourned to December 15, 2015 at 9:45 a.m. (EST)** solely as to the claims listed on Exhibit A, attached hereto. The Hearing will be held before the Honorable Robert E. Gerber at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York, Room 523, and may be further adjourned from time to time without further notice other than an announcement at the Hearing.

|  |  |
|---|---|
| Dated: October 15, 2015<br>New York, New York | STORCH AMINI & MUNVES PC<br><br>/s/ Avery Samet<br>Bijan Amini<br>Avery Samet<br>Jeffrey Chubak<br>2 Grand Central Tower, 25th Floor<br>140 East 45th Street<br>New York, New York 10017<br>(212) 490-4100<br><br>*Attorneys for Post-Confirmation Debtors* |

## EXHIBIT A

**Claims for Which 68th Omnibus Objection is Adjourned**

| Claimant | Claim No. |
|---|---|
| CHIARENZA, MATTHEW J. | 4607 |
| HOWE, LINDA | 4378 |