Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100

*Attorneys for Post-Confirmation Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AMES DEPARTMENT STORES, INC., *et al.*, | Case No. 01-42217 (REG) |
| Post-Confirmation Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF DEBTORS' SEVENTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (CLAIMS CONTRADICT DEBTORS'
BOOKS AND RECORDS) SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE the hearing (the "Hearing") on the seventy-first omnibus objection to claims, filed May 21, 2015 [Docket No. 4471] (the "Objection") which was scheduled for October 22, 2015 at 9:45 a.m. (EST) **has been adjourned to December 15, 2015 at 9:45 a.m. (EST)** solely as to the claims listed on Exhibit A, attached hereto. The Hearing will be held before the Honorable Robert E. Gerber at the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York, Room 523, and may be further adjourned from time to time without further notice other than an announcement at the Hearing.

PLEASE TAKE FURTHER NOTICE the deadline for responding to the Objection has been extended to **December 8, 2015 at 4:00 p.m. (EST)** for those claimants listed on Exhibit A which have not already filed a response to the Objection.

|  |  |
|---|---|
| Dated: October 15, 2015<br>New York, New York | STORCH AMINI & MUNVES PC<br><br>/s/ Avery Samet<br>Bijan Amini<br>Avery Samet<br>Jeffrey Chubak<br>2 Grand Central Tower, 25th Floor<br>140 East 45th Street<br>New York, New York 10017<br>(212) 490-4100<br><br>*Attorneys for Post-Confirmation Debtors* |

# EXHIBIT A

## Claims for Which 71st Omnibus Objection is Adjourned

| Claimant | Claim No. |
|---|---|
| AMERICAN GREETINGS CORP. | 2909 |
| LANESBOROUGH ENTERPRISES, LLC | 4669 |
| PA-DEPARTMENT OF REVENUE | 6095 |