UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
AMES DEPARTMENT STORES, INC., et al.,   :   01-42217 (REG)
                                                               :
         Post-Confirmation Debtors.              :   Jointly Administered
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE CLAIM REQUEST OF DONLIN, RECANO & COMPANY, INC.

PLEASE TAKE NOTICE that Donlin, Recano & Company, Inc. hereby withdraws its previously filed Administrative Claim Request (Docket No. 3523) in the amount of $99,737.18, which was filed on June 11, 2010 as the Administrative Claim has been paid/satisfied.

Dated: Brooklyn, New York
       November 12, 2015

Respectfully submitted,

DONLIN, RECANO & COMPANY, INC.

By: _____
    Alexander Leventhal, CEO
    Donlin, Recano & Company, Inc.
    6201 15th Avenue
    Brooklyn, NY 11219
    Telephone: (212) 481-1411
    Facsimile: (212) 481-1416
    E-mail: aleventhal@donlinrecano.com