UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
                                                    :     Case No. 01-42217 (REG)
AMES DEPARTMENT STORES, INC., et al.,               :
                                                    :     (Jointly Administered)
                        Debtors.                    :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 30th day of October, 2015, I caused a true and accurate copy of the "Notice of Disallowance of Duplicative Note Claims Pursuant to Section 7.8 of Debtors' Chapter 11 Plan", as attached in Exhibit 1, to be served via First Class U.S. Mail upon the parties listed in Exhibit 2, attached hereto.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November, 2015 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
12th day of November, 2015

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211170
COMM. EXP. September 14, 2017

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>AMES DEPARTMENT STORES, INC., *et al.*,<br><br>    Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 01-42217 (REG)<br><br>Jointly Administered |

**NOTICE OF DISALLOWANCE OF DUPLICATIVE NOTE CLAIMS
PURSUANT TO SECTION 7.8 OF DEBTORS' CHAPTER 11 PLAN**

PLEASE TAKE NOTICE:

1. By order, entered November 13, 2013 [Docket No. 4185], the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York (the "Court") confirmed the third amended chapter 11 plan [Docket No. 4185, Exhibit A] (the "Plan") of the above-captioned debtors (together, the "Debtors"), which Plan became effective November 19, 2013 [Docket No. 4186].[1]

2. Section 7.8 of the Plan authorizes the Debtors to disallow and expunge all Note Claims that are duplicative of those filed by Indenture Trustees without an objection having to be filed with or any further order of the Court.

3. The Debtors believe you hold a Note Claim which is duplicative of those filed by the Indenture Trustees.

4. The Debtors are hereby disallowing and expunging your Note Claim pursuant to Section 7.8 of the Plan as duplicative of the Allowed Note Claims filed by the Indenture Trustees. As a result of such disallowance, the sole surviving Claims in respect of the Notes shall be the Allowed Note Claims filed by the Indenture Trustees, and any distributions on account of such claims shall be made to the Indenture Trustees pursuant to Section 6.3 of the Plan for distributions to beneficial owners in accordance with the Plan.

Dated: October 29, 2015
       New York, New York

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Post-Confirmation Debtors*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan. A copy of the Plan and order confirming the Plan is available at http://donlinrecano.com/ames.

**EXHIBIT 2**

**Ames Dept Stores**
**Exhibit Pages**

Page # : 1 of 5                                                                                                          10/30/2015 10:19:25 AM

| | | | |
|---|---|---|---|
| 226403P001-1163A-017<br>A.K.S. TIMEWEAR INC.<br>31-00 47TH AVE.<br>LONG ISLAND CITY NY 11101 | 226398P001-1163A-017<br>AAI SMALL LEATHER GOODS<br>C/O CHARLES STEFANIDAKIS<br>4 WARREN AVE.<br>NO. PROVIDENCE RI 02911 | 226320P001-1163A-017<br>ADELE KNITS<br>ATTN: CHANA HOFF, A/R MANAGER<br>1370 BROADWAY<br>NEW YORK NY 10018 | 226260P001-1163A-017<br>AMROC INVESTMENT INC.<br>C/O AVENUE CAPITAL GROUP<br>ATTN: GEORGE A. QUIJANO<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK NY 10022 |
| 226308P001-1163A-017<br>ANN LESLIE<br>145 MADISON AVE.<br>NEW YORK NY 10016 | 226381P001-1163A-017<br>ASHER<br>1815 GILFORD AVENUE<br>NEWHIGH PK NY 11040 | 226389P001-1163A-017<br>ASPHALT SEALER INC.<br>P.O. BOX 7358<br>NEWCASTLE PA 16107 | 226268P001-1163A-017<br>BANCO SANTANDER BANKING AND TR<br>ATTN: RAMON SANCHEZ<br>45 EAST 53RD STREET<br>NEW YORK NY 10022 |
| 226336P001-1163A-017<br>BATES FILE COMPANY INC.<br>403 E. MAIN ST.<br>PORT WASHINGTON OH 43837 | 226259P001-1163A-017<br>BEAR STEARNS & COMPANY INC<br>ATTN: RHODA J. FREEMAN ESQ.<br>245 PARK AVENUE<br>NEW YORK NY 10167 | 226307P001-1163A-017<br>BEDFORD FALLS INVESTORS<br>790 MADISON AVE<br>NEW YORK NY 10021 | 226314P002-1163A-017<br>BERKSHIRE ACCESSORIES<br>420 5TH AVENUE, FL 28<br>NEW YORK NY 10018-2751 |
| 226367P001-1163A-017<br>BOGOHIO HOLDING INC<br>AGENT FOR BOGOHIO HOLDING<br>BRINTON EXEC.CTR<br>1051 BRINTON RD<br>PITTSBURGH PA 152 PA 15221 | 226358P001-1163A-017<br>BOSTON DISTRIBUTORS<br>X 273 GAIL<br>5700 LEE RD.<br>MAPLE HTS. OH 44317 | 226355P001-1163A-017<br>BRITTANIA SPORTSWEAR LTD.<br>ELESCO FACTORS<br>P.O. BOX 70138<br>CHICAGO IL 60673 | 226391P001-1163A-017<br>BRK ELECTRONICS/FIRST ALERT<br>LOCK BOX 91071<br>CHICAGO IL 60693 |
| 226370P001-1163A-017<br>BURLEN CORP.<br>DRAWER 100342<br>ATLANTA GA 30384 | 226373P001-1163A-017<br>C.C.A. DISTRIBUTORS INC.<br>80-10 237TH ST.<br>QUEENS VILLAGE NY 02181 | 226302P001-1163A-017<br>CANNON FIELDCREST INC.<br>ATTN: RODNEY BRUNER<br>326 EAST STADIUM DR<br>EDEN NC 27288 | 226395P001-1163A-017<br>CASIO INC.<br>P.O. BOX 371777M<br>PITTSBURGH PA 15251 |
| 226412P001-1163A-017<br>CEDE & CO.<br>C/O DEPOSITORY TRUST COMPANY<br>55 WATER STREET<br>NEW YORK NY 10041 | 226331P001-1163A-017<br>CENTURY BUSINESS CREDIT CORP.<br>ALAN SASLOFF<br>119 W. 40TH STREET<br>NEW YORK NY 10018 | 226310P001-1163A-017<br>CEREBRUS PARTNERS<br>ATTN: JOHN GALLEN<br>950 THIRD AVE<br>NEW YORK NY 10022 | 226369P001-1163A-017<br>CHAMBERSBURG AREA DEVELOPMENT<br>DAVID G. SCIAMANNA DIR.<br>75 SOUTH SECOND ST.<br>CHAMBERSBURG PA 17201 |
| 226296P001-1163A-017<br>CHESAPEAKE PARTNERS<br>1829 REISTERSTOWN ROAD<br>BALTIMORE MD 21208 | 226303P001-1163A-017<br>CHESEBOROUGH-PONDS<br>ATTN: FELICIA CAMPOS, SR. ANALYST<br>JOHN ST.<br>CLINTONTE CT 06413 | 226263P001-1163A-017<br>CITIBANK<br>ATTN: JOHN CALDOR<br>399 PARK AVE<br>NEW YORK NY 10043 | 226350P001-1163A-017<br>CLEVELAND ELECTRIC COMPANY<br>PO BOX 6407-S<br>CLEVELAND OH 44101 |

| | | | |
|---|---|---|---|
| 226313P001-1163A-017<br>CO MAC PARTNERS LP<br>ATTN: PAUL COUGHLIN<br>10 GLENVILLE STREET<br>GREENWICH CT 06830 | 000018P001-1163A-017<br>CONAIR CORPORATION<br>ATTN: JATINDER DED- CREDIT MANAGER<br>150 MILFORD RD.<br>E. WINDSOR NJ 08520 | 226325P001-1163A-017<br>COTY DIV. OF PFIZER INC.<br>P.O. BOX 7191M<br>ST. LOUIS MO 63195 | 226406P001-1163A-017<br>COYNE TEXTILE SERVICES<br>PO BOX 4854<br>140 CORTLAND AVENUE<br>SYRACUSE NY 13221 |
| 226344P001-1163A-017<br>DAN RIVER  INC.<br>P.O. BOX 65058<br>CHARLOTTE NC 28265 | 226351P001-1163A-017<br>DAN-ELLEN INC.<br>PO BOX 969<br>ATHENS TN 37303 | 226371P001-1163A-017<br>DANSK BISCUIT CO.<br>510 BROAD HOLLOW RD<br>MELVILLE NY 11747 | 226365P001-1163A-017<br>DENNISON MANUFACTURING CO.<br>P.O. BOX 95190<br>CHICAGO IL 60694 |
| 226305P001-1163A-017<br>DICK BROADCASTING CO.<br>C/O JAMES ALLEN DICK<br>1232 ORLEANS DRIVE<br>KNOXVILLE TN 37919 | 000194P001-1163A-017<br>DUQUESNE LIGHT COMPANY<br>C/O GRIFFITH MCCAGUE & FERNSLER PC<br>ATTN: S. JAMES WALLACE<br>GULF TOWER, 707 GRANT STREET<br>SUITE 3626<br>PITTSBURGH PA 15219-1911 | 226383P001-1163A-017<br>ELGIN CLOCK & HOME PRODUCTS<br>C/O HARRIS TRUST & SAVINGS BAN<br>ATTN: DAN DOWNS<br>200 W. MONROE  17TH FLOOR<br>CHICAGO IL 60606 | 226272P001-1163A-017<br>ELLIOTT ASSOCIATES LP<br>ATTN: ELLIOTT GREENBERG<br>712 5TH AVENUE<br>NEW YORK NY 10019 |
| 226379P001-1163A-017<br>ERO INDUSTRIES INC.<br>500 SLAWIN CT.<br>MOUNT PROSPECT IL 60056-2196 | 226321P001-1163A-017<br>F.W.WOOLWORTH CO.<br>DRAWER # 860<br>WOOLCO # 6179<br>MILWAUKEE WI 53278 | 226276P001-1163A-017<br>FAHNESTOCK & CO.  INC<br>ATTN:  JOSEPH COLQUHOUN<br>110 WALL STREET<br>NEW YORK NY 10005 | 226396P001-1163A-017<br>FAIRFIELD PROCESSING CORP.<br>P.O. BOX 1157<br>DANBURY CT 06813 |
| 226342P001-1163A-017<br>FAME / OZONE<br>17959 VALLEY BLVD.<br>CITY OF INDUSTRY CA 91744 | 226316P001-1163A-017<br>FIDELITY & DEPOSIT CO OF MD<br>ATTN: JAMES A. BLACK  JR. V.P.<br>210 NORTH CHARLES STREET<br>BALTIMORE MD 21201 | 226277P002-1163A-017<br>FIDELITY COPERNICUS FUND<br>ATTN: RAZA ANJUM<br>1 SPARTAN WAY<br>TS20<br>MERRIMACK NH 03054 | 226267P002-1163A-017<br>FIDELITY MAGELLAN FUND<br>ACCT: 2446<br>C/O STATE STREET BANK AND TRUST<br>BOX 5756<br>BOSTON MA 02206 |
| 226273P001-1163A-017<br>FIRST BOSTON SPECIAL SITUATION<br>ATTN: MARK BERNER<br>12 EAST 49TH STREET<br>NEW YORK NY 10012 | 226285P001-1163A-017<br>FORGET ME NOT<br>10500 AMERICAN ROAD<br>CLEVELAND OH 44144 | 226337P001-1163A-017<br>FREEMAN  CLIFF & PARTNERS<br>PO BOX 11538<br>NEWARK NJ 07101-1538 | 226282P001-1163A-017<br>FRENCHTOWN SQUARE PARTNERSHIP<br>C/O CAFARO COMPANY<br>2445 BELMONT AVE<br>YOUNGSTOWN OH 44504 |
| 226387P001-1163A-017<br>FRENCHTOWN SQUARE PARTNERSHIP<br>C/O CAFARO COMPANY<br>2445 BELMONT AVE<br>YOUNGSTOWN OH 45404 | 235557S001-1163A-017<br>FUJI PHOTO FILM U.S.A. INC.<br>ATTN: DEE NAIRNE, SR CREDIT MANAGER<br>200 SUMMIT LAKE DRIVE<br>VALHALLA NY 10595-1356 | 235557P001-1163A-017<br>FUJI PHOTO FILM U.S.A., INC.<br>C/O STROOCK & STROOCK & LAVAN LLP<br>ATTN: DOUGLAS MANNAL, ESQ<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | 226311P001-1163A-017<br>GC ACQUISITION CORPORATION<br>1044 NORTHERN BOULEVARD<br>P.O. BOX C<br>ROSLYN NY 11576 |

| | | | |
|---|---|---|---|
| 226377P001-1163A-017<br>GEORGE FRIESE<br>C/O PHILLPS LYTLE HITCHCOOK ET<br>ATTN: IRA HERMAN<br>56 SALTER STREET<br>PORTSMOUTH NH 03081 | 226376P001-1163A-017<br>GOLD BUG INC.<br>ATTN: JOHN MONTANO<br>4999 OAKLAND STREET<br>DENVER CO 80239-1488 | 226333P001-1163A-017<br>GRACE INVESTMENTS<br>1560 SHERMAN AVE<br>EVANSTON IL 60201 | 001568P001-1163A-017<br>GRANADA SALES CORP.<br>ATTN: MICHAEL W. APPLEBAUM<br>ASST. SECRETARY<br>102 MADISON AVENUE<br>NEW YORK NY 10016 |
| 226401P001-1163A-017<br>GRYPHON HIDDEN VALUE LTD<br>C/O HALCYON PARTNERSHIPS<br>ATTN: JAMES R PAQUARELLI<br>NEW YORK NY 10022 | 226402P001-1163A-017<br>HALCYON ALCHEMY FUND LP<br>C/O HALCYON PARTNERSHIPS<br>ATTN: JAMES R PAQUARELLI<br>NEW YORK NY 10022 | 226288P001-1163A-017<br>HALCYON DISTRESSED SECURITIES<br>C/O HALCYON PARTNERSHIPS<br>ATTN: JAMES R PAQUARELLI<br>NEW YORK NY 10022 | 226332P001-1163A-017<br>HAMPSHIRE HOSIERY<br>P.O. BOX 1213 D-907<br>NEWARK NJ 07101 |
| 226275P001-1163A-017<br>HANDLEMAN COMPANY<br>DON MEILCHER<br>500 KIRTS BLVD<br>TROY MI 48084 | 226394P001-1163A-017<br>HANDLEMAN COMPANY<br>PO BOX 7045<br>TROY MI 48007 | 226362P001-1163A-017<br>HARMAL INDUSTRIES<br>33-00 NORTHERN BLVD.<br>LONG ISLAND CITY NY 11101 | 226330P001-1163A-017<br>HARRIS WHOLESALE DRUG CO.<br>ATTN: PETER MAKEE<br>1220 SENLAC DRIVE<br>CARROLLTON TX 75006 |
| 000168P001-1163A-017<br>HARTZ MOUNTAIN CORPORATION<br>ATTN: ROBERT P. HOKE<br>400 PLAZA DRIVE<br>SECAUCUS NJ 07094-3688 | 226286P001-1163A-017<br>HERBERT H. SHIFF<br>THE SHIFF COMPANY<br>HUNTINGTON CENTER SUITE 3310<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | 226283P001-1163A-017<br>HILLS DECATUR PARTNERSHIP<br>C/O SES PROPERTIES<br>PO BOX 1305<br>DANVILLE IL 61834 | 226322P001-1163A-017<br>HILLS PLAZA PROPERTIES<br>ATTN: BRUCE H ROSWICK<br>101 EAST 52ND STREET<br>32ND FLOOR<br>NEW YORK NY 10017 |
| 226408P001-1163A-017<br>HOLIDAY DELITES/INTERGOODS<br>28 CHARLEMAGNE PLACE<br>PO BOX 718<br>PINE BROOK NJ 07058 | 226388P001-1163A-017<br>HOUSE OF RONNIE<br>1372 BROADWAY<br>11TH FLOOR<br>NEW YORK NY 10018 | 226372P001-1163A-017<br>HOUSTON FOODS INC<br>HELLER FINANCIAL INC<br>ATTN: JOLEEN POISER<br>505 N. BRAND BLVD.<br>GLENDALE CA 91203-1903 | 226295P001-1163A-017<br>HUDSON BERLIND INC.<br>105 PRICE PARKWAY<br>FARMINGDALE NY 11735 |
| 226386P001-1163A-017<br>IMPAK GRAPHICS INC<br>1211 BRIGHTON ST.<br>NEWPORT KY 41071 | 226274P001-1163A-017<br>INTERNATIONAL BUSINESS MACHINE<br>DAVID KARCHERE<br>290 HARBOR DRIVE<br>STAMFORD CT 06904-2399 | 226410P001-1163A-017<br>INTERNATIONAL GAMES INC.<br>DRAWER CS 198371<br>ATLANTA GA 30384 | 226281P001-1163A-017<br>INTERNATIONALS NEDERLANDES US<br>ATTN: VIVIANNE HERNANDEZ<br>135 EAST 57TH STREET<br>NEW YORK NY 10022 |
| 226338P001-1163A-017<br>ITHACA INDUSTRIES/CREDIT DPT<br>P.O. BOX 620<br>WILKESBORO NC 28697 | 226361P001-1163A-017<br>JEM<br>459 PARK AVENUE<br>SAN FERNANDO CA 91340 | 226306P001-1163A-017<br>JOHN R. FISER<br>132 SHERLAKE RD<br>KNOXVILLE TN 37922 | 226409P001-1163A-017<br>JUSTIN ALLEN LTD<br>95 ETHEL ROAD<br>EDISON NJ 08817 |

# Ames Dept Stores
## Exhibit Pages

Page # : 4 of 5                                                                                                     10/30/2015 10:19:25 AM

| | | | |
|---|---|---|---|
| 226404P001-1163A-017<br>KAL KAN FOOD INC.<br>P.O. BOX 65757<br>CHARLOTTE NC 28265 | 226335P001-1163A-017<br>KAYNE ANDERSON<br>ATTN: CHRIS CIMPSON<br>1800 AVENUE OF THE STARS<br>LOS ANGELES CA 90067 | 226340P001-1163A-017<br>KELLER INDUSTRIES INC.<br>ATTN: LINDA YOST<br>3499 N.W. 53RD STREET<br>FORT LAUDERDALE FL 33309 | 226374P001-1163A-017<br>KEYSTONE CAMERA CORP.<br>C/O JOSEPH DIPASQUALE INC.<br>219 PATERSON AVE. P.O. BOX 340<br>ATTN: DANA<br>LITTLE FALLS NJ 07424 |
| 226397P001-1163A-017<br>KRAFT HAT MANUFACTURERS INC.<br>1230 ZEREGA AVE.<br>BRONX NY 10462 | 226345P001-1163A-017<br>LARRY VOELKER<br>4545 HELSTON COURT<br>COLUMBUS OH 43220 | 226264P002-1163A-017<br>M.H. DAVIDSON & COMPANY<br>C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LP<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK NY 10022 | 226264S001-1163A-017<br>M.H. DAVISON & COMPANY<br>C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LP<br>520 MADISON AVENUE, 30TH FLOOR<br>NEW YORK NY 10022 |
| 226323P001-1163A-017<br>MANHATTAN SHIRT CO.<br>CIT GROUP / FACTORING<br>P.O. BOX 651242<br>CHARLOTTE NC 28265-1242 | 226413P001-1163A-017<br>MARY ANN OLBERYCH C/F JONATHAN THOMAS OLBRYCH<br>1131 WOODHAVEN BLVD.<br>AKRON OH 44333-1068 | 226414P001-1163A-017<br>MARY ANN OLBERYCH C/F KATHERINE OLBERYCH<br>1131 WOODHAVEN BLVD.<br>AKRON OH 44333-1068 | 226415P001-1163A-017<br>MAURICE E AND LORETTA P HOLTHAUS<br>JT TEN<br>13 KING FISH AVE<br>PONTE VERDE FL 32082 |
| 226407P001-1163A-017<br>MAURICE SILVERA INC.<br>20W 33RD STREET<br>NEW YORK NY 10001 | 226312P001-1163A-017<br>MERRION GROUP LP<br>ATTN: JOEL MILLER<br>1290 AVENUE OF THE AMERICANS<br>NEW YORK NY 10104 | 226329P001-1163A-017<br>MICKEY BLUMFIELD INC.<br>519 EIGHTH AVE.<br>NEW YORK NY 10018 | 226418P001-1163A-017<br>MIRIAM B MAMLIN<br>WESSEX TOWER 611<br>6666 BROOKMONT<br>NASHVILLE TN 37205 |
| 226270P001-1163A-017<br>MORSE SHOE<br>MARK BEAUDOUIN<br>555 TURNPIKE STREET<br>CANTON MA 02021 | 226356P001-1163A-017<br>MS ANDOVER<br>C/O HELLER FACTORS<br>ATTN: JOHN MANINI<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 226421P001-1163A-017<br>MYRA AND ROBERT ABERNATHY<br>JT TEN<br>11425 OLD ST. CHARLES ROAD<br>BRIDGETON MO 63044-3075 | 226315P001-1163A-017<br>NEW START FACTORS<br>ATTN: BRIAN O'FARRELL<br>450 PARK AVE<br>NEW YORK NY 10022 |
| 226380P001-1163A-017<br>NEW YORK STATE ELECTRIC & GAS<br>BOX 50<br>ITHACA NY 14851 | 226290P001-1163A-017<br>NORMEL CONSTRUCTION<br>25 COLIGINI AVE<br>NEW ROCHELLE NY 10801 | 226324P001-1163A-017<br>NORTHBAY APPAREL<br>350 FIFTH AVE.<br>NEW YORK NY 10018 | 226301P001-1163A-017<br>OBION/DENTON DIV.SALANT-DIP<br>POB 4076 CH.ST.STA.<br>NEW YORK NY 10261-4076 |
| 226280P001-1163A-017<br>ORIT CORP. / GITANO<br>P.O. BOX 11557<br>NEWARK NJ 07101 | 226366P001-1163A-017<br>PACEMAKER TOGS INC<br>36 WEST 37TH ST<br>NEW YORK NY 10018 | 226375P001-1163A-017<br>PARAGON TRADE BRANDS INC.<br>33325 8TH AVE. S.<br>FEDERAL WAY WA 98003-6325 | 226309P001-1163A-017<br>PILLOWTEX CORPORATION<br>P.O. BOX 843664<br>DALLAS TX 75284 |

**Ames Dept Stores**
**Exhibit Pages**

Page # : 5 of 5																								10/30/2015 10:19:25 AM

| | | | |
|---|---|---|---|
| 226294P001-1163A-017<br>PLUS MARK INC.<br>P.O. BOX 92330-N<br>CLEVELAND OH 44193 | 226261P001-1163A-017<br>QUANTUM FUND N V<br>ATTN: MARK SONNINO<br>888 SEVENTH AVENUE<br>NEW YORK NY 10106 | 226417P001-1163A-017<br>R MONTEITH POWELL<br>2900 CANAL COVE ROAD<br>LAKE WACCAMAW NC 28450 | 226278P001-1163A-017<br>ROBERT FLEMING & CO<br>ATTN: MARIA PEZNOLA<br>320 PARK AVE<br>NEW YORK NY 10022 |
| 226411P001-1163A-017<br>ROMSTAR<br>PO BOX 11660<br>CHICAGO IL 60611 | 226420P001-1163A-017<br>ROY M AND MARGARET C HUBERTY<br>JT TEN<br>480 CIENGA DR.<br>FULLERTON CA 92835 | 226349P001-1163A-017<br>RUFF STUFF<br>1333 BROADWAY<br>NEW YORK NY 10018 | 226354P001-1163A-017<br>SALOMON BROTHERS INC<br>ATTN: RICHARD GELLIS<br>7 WORLD TRADE CENTER<br>NEW YORK NY 10048 |
| 226347P001-1163A-017<br>SCOGGIN CAPITAL MANAGEMENT FUN<br>ATTN: RENE GILBERT<br>790 MADISON AVENUE<br>NEW YORK NY 10021 | 226392P001-1163A-017<br>SHIRT SHED<br>C/O SIGNAL ARTWEAR<br>ATTN: ANN MILTENBERGER<br>570 SO MAIN ST. PO BOX 299<br>WABASH IL 46992-0299 | 226384P001-1163A-017<br>SIMMONS BUSINESS SYSTEMS<br>5390 PROGRESS BLVD<br>BETHEL PARK PA 15102 | 226317P001-1163A-017<br>SIMPLICITY PATTERN CO INC.<br>ATTN FRANK RIZZO<br>200 MADISON AVE.<br>NEW YORK NY 10016-3903 |
| 226300P001-1163A-017<br>SLIM FAST FOODS<br>POB 9063 CH.ST.STA.<br>NEW YORK NY 10245-9063 | 226304P001-1163A-017<br>SMITH FACTORS<br>ATTN: JANET CULLEN<br>767 THIRD AVENUE<br>NEW YORK NY 10017 | 226348P001-1163A-017<br>SMITHKLINE BEECHAM CON.BRAND<br>ATTN: GREGORY CREIGHAN<br>P.O. BOX 1467<br>PITTSBURGH PA 15230 | 226291P001-1163A-017<br>SOUTHERN FARM BUREAU<br>ATTN.JOSEPH PURVIS<br>1401 LIVINGSTONE LANE<br>JACKSON MS 39213 |
| 226382P001-1163A-017<br>THOMPSON MEDICAL CO.<br>POB 102498<br>ATLANTA GA 30368-0498 | 226368P001-1163A-017<br>TRANS WORLD AIRLINES INC.<br>PO BOX 7777-W4500<br>PHILADELPHIA PA 19175 | 226328P001-1163A-017<br>ULTRA SOFTWARE CORP.<br>C/O KONOMI<br>900 DEERFIELD PARKWAY<br>BUFFALO GROVE IL 60089 | 226378P001-1163A-017<br>VIDEO TECHNOLOGY<br>380 W. PALATINE RD.<br>WHEELING IL 60090-5831 |
| 226346P001-1163A-017<br>VILLAGE CRAFT<br>C/O HUMPHREYS INC.<br>2009 WEST HASTINGS STREET<br>CHICAGO IL 60608 | 226364P001-1163A-017<br>WESTERN PUBLISHING CO. INC.<br>P.O. BOX 93558<br>CHICAGO IL 60673 | 226390P001-1163A-017<br>WHIRLAWAY FROCKS INC<br>237 WEST 35TH ST.<br>NEW YORK NY 10018 | 226359P001-1163A-017<br>WILLWEAR HOSIERY MILLS<br>2000 STUART ST.<br>CHATTANOOGA TN 37406 |

Records Printed : 136