UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>AMES DEPARTMENT STORES, INC., *et al.*,<br><br>　　　Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 01-42217 (REG)<br><br>Jointly Administered |

### AFFIDAVIT OF STORCH, AMINI & MUNVES PC REGARDING SERVICE OF SOLICITATION OF FORM W-8 AND OFAC CERTIFICATION

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss:
COUNTY OF KINGS　　　 )

I, Yarden Hodes, declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Storch, Amini & Munves PC ("SAM"), 140 East 45th Street, New York, NY 10017.

3. On the 13th day of November, 2015, SAM, acting under my supervision caused to serve the following materials via First Class US Mail to the parties set forth on Exhibit B, attached hereto.

    A. *Notice to Foreign Creditors of Requirement to Return a Completed Appropriate Form W-8 and OFAC Certification by December 18, 2015 to Qualify to Receive a Distribution*, attached hereto as Exhibit A.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed on this 16th day of November, 2015 in New York, New York.

By _____

Sworn before me on this
16th day of November, 2015

_____
Notary Public

LAINIE ASCH
Notary Public, State of New York
No. 01AS4972501
Qualified in New York County
Commission Expires November 22, 2018

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AMES DEPARTMENT STORES, INC., *et al.*, | Case No. 01-42217 (REG) |
| Post-Confirmation Debtors. | Jointly Administered |

**NOTICE TO FOREIGN CREDITORS OF REQUIREMENT TO RETURN A COMPLETED APPROPRIATE FORM W-8 AND OFAC CERTIFICATION BY DECEMBER 18, 2015 TO QUALIFY TO RECEIVE A DISTRIBUTION**

PLEASE TAKE NOTICE:

1. In accordance with Section 7.9 of the above-captioned post-confirmation debtors' third amended chapter 11 plan, which was confirmed by the U.S. Bankruptcy Court for the Southern District of New York on November 13, 2013 and became effective November 19, 2013 (the "Plan"),[1] the Plan Administrator is requiring foreign holders of Claims which are, or may potentially become, Allowed Claims to complete: (a) the appropriate Form W-8 (either Form W-8BEN, Form W-8BEN-E, Form W-8ECI, Form W-8EXP, or Form W-8IMY) ("Form W-8");[2] and (b) the required certification regarding the Office of Foreign Assets Control of the U.S. Department of the Treasury (the "OFAC Certification"),[3] and return them to the Debtors at the address set forth below so as to be received by **December 18, 2015.**

---

[1] Capitalized terms used but not defined herein have the meanings ascribed thereto in the Plan, a copy of which is available at http://donlinrecano.com/ames.

[2] The appropriate Form W-8 is available at the website of the Internal Revenue Service, http://www.irs.gov (click "Forms & Pubs," then click "Find All Current Forms & Pubs," and search for "W-8"). Instructions for filling out the appropriate Form W-8 are also available on the website of the Internal Revenue Service.

[3] The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and enforces economic and trade sanctions against certain governments, entities and natural persons based on U.S. foreign policy and national security goals. There are (1) country-wide sanctions programs and (2) a list of Specially Designated Nationals and Blocked Persons (the "List"), which may be found for review on the web site maintained by OFAC at http://www.treasury.gov. Under OFAC regulations, the Plan Administrator cannot directly or indirectly make a distribution to anyone who is on the List or with whom transactions are prohibited because of a country sanction. Accordingly, the Plan Administrator requires, as a condition of a distribution, the completion of the enclosed OFAC Certification.

2. You are receiving this notice because the Debtors' books and records indicate you are, or may be, the holder of an Allowed Claim. As set forth in the Plan, an Allowed Claim is a Claim that has not been objected to within the applicable period fixed by the Plan or by order of the Bankruptcy Court. The time in which the Debtors may object to Claims, as established in Section 7.2 of the Plan, has not expired. Accordingly, the Debtors reserve the right to object to your Allowed Claim, even after you return your Form W-8 and OFAC Certification.

3. IF YOU DO NOT RETURN THE COMPLETED APPROPRIATE FORM W-8 AND OFAC CERTIFICATION SO THAT THEY ARE RECEIVED BY December 18, 2015, OR IF YOU RETURN AN INAPPROPRIATE/INCOMPLETE FORM W-8 AND/OR OFAC CERTIFICATION, YOU WILL NOT RECEIVE A DISTRIBUTION UNDER THE PLAN. (At this time, the Plan Administrator anticipates the ultimate distribution percentage will likely be approximately 1% of the allowed claim amount).

4. Completed Form W-8s and OFAC Certifications should be returned to:

> Ames Department Stores
> W-8 Form/OFAC
> P.O. Box 67
> Rocky Hill, CT 06067

If you have questions, please e-mail the Plan Administrator's counsel, Jeffrey Chubak, at jchubak@samlegal.com.

Dated: November 13, 2015

> /s/ Rolando de Aguiar
> Rolando de Aguiar, Plan Administrator
> AMES DEPARTMENT STORES, INC.
> P.O. Box 67
> Rocky Hill, Connecticut 06067

# **OFAC CERTIFICATION**

Creditor Name:

Claim Number (if known):

  I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor ("Creditor") and hereby certify neither the Creditor nor, to the best of Creditor's knowledge, any person or entity for whom Creditor may be acting or who may be the beneficial owner of the applicable claim(s) against Ames Department Stores, Inc. and its debtor subsidiaries is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: _____, 2015   Signature:_____

            Print Name:_____

            Title:_____

            Address:_____

            _____

            E-mail:_____

            Phone:_____

# EXHIBIT B

# Ames Dept Stores – Exhibit Pages

EXPORT DEVELOPMENT CORPORATION/CREATIONS LES
AS ASSIGNEE OF: CREATIONS LES ENFANTS JOYEUX
ATTN: BOUCHRA LANSARI, CLAIMS SVCS. MGR.
151 O'CONNOR ST.
OTTAWA, ONTARIO K1A 1K3
CANADA


FANTOM TECHNOLOGIES INC.
ATTN: S. DOOREY, V.P.-CFO
1110 HANSLER RD.
P.O. BOX 1004
WELLAND, ONTARIO L3B 5S1
CANADA


MAINTECH
ATTN: B. D. HYDE
955 MIDDLEFIELD RD, UNIT 2
TORONTO, ONTARIO M1V 5E2
CANADA


JENO NEUMAN & FILS INC
ATTN: CREDIT DEPT
95 BOUL DES ENTREPRISES
BOISBRIAND, QUEBEC J7G 2T1
CANADA


CARPET-ART-DECO
ATTN: FADI MELKI, PRESIDENT
2365 RUE ST PATRICK
MONTREAL, QUEBEC H3K 1B3
CANADA


MEGA BLOKS
RITVIK HOLDINGS
4505 HICKMORE
SAINT LAURENT, QUEBEC H4T 1K4
CANADA

CORONA CORPORATION / CORONA USA CORP.
TRANSFEROR: CORONA USA CORP.
7-7, HIGASHI SHINBO
NIIGATA PREFECTURE 955-8510
JAPAN


ADDICO PRODUCTS INC
88 BRUNSWICK BLVD
DOLLARD DES ORMEAUX, QUEBEC H9B 2C5
CANADA


CURTIS INTERNATIONAL LTD
315 ATTWELL DRIVE
TORONTO, ONTARIO M9W 5C1
CANADA


STOREX INDUSTRIES CORP
ATTN: STANLEY PALUCH, CONTROLLER
9440 RUE CLEMENT
LASALLE, QUEBEC H8R 3W1
CANADA


ADTN INTERNATIONAL INC
8965 BOUL ST LAURENT
MONTREAL, QUEBEC H2N 1M5
CANADA


GURILLA BISCUIT ENTERTAINMENT
8965 BOUL ST LAURENT
MONTREAL, QUEBEC H2N 1M5
CANADA

HAPPY ROMPERS USA
9500 MEILLEUR SUITE 250
MONTREAL, QUEBEC H2N 2B7
CANADA


LINGERIE HAGO LINGERIE
7070 ST URBAIN, 6th FLOOR
MONTREAL, QUEBEC H2S3H6
CANADA


NEUCO IMAGE GROUP
50 PLACE CREMAZIE QUEST, SUITE 1022
MONTREAL, QUEBEC H2P 2T7
CANADA


NORTHDOWN INDUSTRIES INC
ATTN: ADAM MANNA
1599 HURONTARIO STREET, SUITE 300
PORT CREDIT, ONTARIO L5G 4S1
CANADA


TRENDS INTERNATIONAL
3345-2 & 3 LAIRD RD
MISSISSAUGA, ONTARIO L5L 5R6
CANADA