**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AMES DEPARTMENT STORES, INC., *et al.*,<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 01-42217 (REG)<br><br>Jointly Administered |

## ORDER IN AID OF CONFIRMATION

Upon the motion (the "Motion")[1] of the above-captioned post-confirmation debtors (together, the "Debtors") for an order in aid of confirmation authorizing them to instruct Donlin, Recano & Company, Inc., the Debtors' Claims Agent, to treat the filed and scheduled claims of Non-Submitting Recipients as disallowed and expunged; and it appearing adequate notice of the Motion has been provided and that no other or further notice is necessary; and after due deliberation and good cause appearing therefore, it is hereby ORDERED:

1. The Motion is granted as set forth herein.

2. The Plan Administrator is hereby authorized, but not required, to instruct the Claims Agent to treat the filed and scheduled claims of Non-Submitting Recipients as disallowed and expunged.

3. The terms of this order shall be immediately effective and enforceable.

4. This Court shall retain jurisdiction to interpret and enforce this order.

Dated: New York, New York
      November 17, 2015

                                      *s/ Robert E. Gerber*
                                      Honorable Robert E. Gerber
                                      United States Bankruptcy Judge

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.